UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA


UNITED STATES OF AMERICA            )
                                    )      Case No. 1:11-cr-69
v.                                  )
                                    )      MATTICE / LEE
WILLIAM WAYNE MARTIN                )

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) accept Defendant's plea of guilty to Count One of the Superseding Indictment; (2) adjudicate
Defendant guilty of the charges set forth in Count One of the Superseding Indictment; (3) defer a
decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall
remain in custody until sentencing in this matter [Doc. 16].  Neither party filed a timely objection
to the report and recommendation.  After reviewing the record, the Court agrees with the magistrate
judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the
magistrate judge's report and recommendation [Doc. 16] pursuant to 28 U.S.C. § 636(b)(1) and
**ORDERS** as follows:

(1)      Defendant's plea of guilty to Count One of the Superseding Indictment is
         **ACCEPTED**;

(2)      Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
         Superseding Indictment;

(3)      A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;
         and

(4)      Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, April 9, 2012 at 9:00 a.m.** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

         _____*/s/Harry S. Mattice, Jr.*_____
          HARRY S. MATTICE, JR.
        UNITED STATES DISTRICT JUDGE